ETAL

6:24-cv-00078   10/14/24

FILED - USDC - NDTX - SA 6L
OCT 22 '24 AM 8:50

Steve Montemayor

gonzales/z

I-know for a fact gilbert Chapoy Sr
Tom Hodges/Brown, and Jeff →

Penny Roberts son → Washington is stealing my social-Security checks.

ETAL    gonzales/z    ETAL
gilbert Chapoy Sr.
girlfriend/cousin
does have evidence.
And Tom Hodges/Brown
plus Jeff Washington
admits too. ETAL

Sincerely,
Steve
Montemayor
D.L.# 1710458
D.L.# 1710548

ETAL

Steve Montemayor #40498
4382 N. Highway 277
San Angelo, Texas
76903

1 Pg Enclosed Sent 10/14/24

RECEIVED
OCT 22 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

"Inmate"

X-RAY

INDIGENT LEGAL USE ONLY

ABILENE TX 796
15 OCT 2024 PM 2 T

Clerk
United States District Court
Federal Court
33 East Twohig Rm 202
San Angelo, TX 76903