UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

STEVE MONTEMAYOR,
Institutional ID No. 40498

      Plaintiff,

v.              No. 6:24-CV-00078-H

GILBERTY CHAPOY, SR., *et al.*,

      Defendants.

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that Plaintiff's civil-rights complaint is dismissed under the three-strikes provision of 28 U.S.C. § 1915(g).

Dated April 10, 2025.

                  _____
                  JAMES WESLEY HENDRIX
                  United States District Judge